Eddie J. THOMAS, Petitioner,

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 00–3439.

United States Court of Appeals, Federal Circuit.

June 11, 2001.

Before CLEVENGER, SCHALL, and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.